# UNITED STATES DISTRICT COURT

District of Massachusetts

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.

## SUMMONS IN A CIVIL CASE

V.

PAUL PIETAL, in his official capacity as
Chairman of the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board;
DAVID VEATOR, in his official capacity as the designee
of th Honorable John Cogliano, Commissioner of the
Massachusetts Highway Department and Member
of the Outdoor Advertising Board

CASE NUMBER:

**04 - 10616 JLT**

TO: (Name and address of Defendant)

William T. Hayward, Jr.
Massachusetts Highway Department
c/o Outdoor Advertising Division
Ten Park Plaza, Room 7362
Boston, MA 02116

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George A. Berman, Esq.
Marjunette deMagistris, Esq.
Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199

an answer to the complaint which is herewith served upon you, within ___twenty___ 60 - Fed R. Civ P. 4(d) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                  3-30-04

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Accepted - Juliana deHaan Rice, Assistant Attorney General

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 16, 2004
             Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.