UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10616JLT

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

           Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of the
Outdoor Advertising Board; WILLIAM T. HAYWARD, JR.,
in his official capacity as Member of the Outdoor Advertising
Board; DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board; and MARY L. BURNS, in
her official capacity as Executive Director of the Outdoor
Advertising Board and Assistant Commissioner of the
Massachusetts Highway Department,

           Defendants.

## NOTICE OF WITHDRAWAL

Please notice the withdrawal of Posternak Blankstein & Lund LLP as counsel for the Plaintiffs Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc. Filed simultaneously herewith is a Notice of Appearance of counsel for the above party or parties.

This Withdrawal of Appearance is intended to withdraw the appearance of Posternak attorneys and replace it with an appearance by Peabody & Arnold attorneys as listed on the Notice of Appearance filed herewith.

           Respectfully submitted,
           Clear Channel Outdoor, Inc. and
           Lamar Central Outdoor, Inc., Plaintiffs
           By their attorneys,

           _/s/ George A. Berman_
           George A. Berman, BBO# 040200
           Marjunette deMagistris, BBO# 648133
           Peabody & Arnold LLP
           30 Rowes Wharf
           Boston, MA 02110
           (617) 951.2100

## CERTIFICATE OF SERVICE

    I, George A. Berman, Esquire of Peabody & Arnold LLP, hereby certify that on this 12th day of May, 2004, I caused copies of the above to be mailed to all counsel of record:

Eric M. Rubin, Esq.
Walter E. Diercks, Esq.
RUBIN, WINSTON, DIERCKS, HARRIS
   & COOKE, LLP
1155 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036

_____
George A. Berman

**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100  FAX [617] 951.2125

BOSTON, MA   PROVIDENCE, RI

[617] 951.2100
www.peabodyarnold.com

May 12, 2004

Clerk's Office
John Joseph Moakley U.S. Courthouse
U.S. District Court
1 Courthouse Way
Boston, MA  02210

Re:   *Clear Channel Outdoor, Inc., et al v. Paul Pietal, et al*
      Civil Action No. 04-10616JLT

Dear Sir/Madam:

We have recently joined the law offices of Peabody & Arnold LLP. Enclosed for filing please find Notice of Withdrawal and Notice of Appearance and Notice of Address Change for the above referenced matter.

Kindly docket same in your usual manner.

Also, please note that I have changed law firms and your mailing list needs to be updated to reflect my new mailing address as per the signature line.

Very truly yours,

George A. Berman

GAB/lrc
Enclosure
PABOS2:SCOHEN:588360_1

cc:   Eric M. Rubin, Esq.
      Walter E. Diercks, Esq.
      Marjunette deMagistris, Esq.