UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10616JLT

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. and LAMAR CENTRAL OUTDOOR, INC., <br><br>                  Plaintiffs, <br>v. <br><br>PAUL PIETAL, in his official capacity as Chairman of the Outdoor Advertising Board; <br>WILLIAM T. HAYWARD, JR., in his official capacity as Member of the Outdoor Advertising Board; <br>DAVID VEATOR, in his official capacity as Member of the Outdoor Advertising Board; and <br>MARY L. BURNS, in her official capacity as Executive Director of the Outdoor Advertising Board and Assistant Commissioner of the Massachusetts Highway Department, <br><br>                  Defendants. | |

## NOTICE OF APPEARANCE AND NOTICE OF ADDRESS CHANGE

Please enter my appearance on behalf of the Plaintiffs Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc. in the above matter.

Also, please note that I have changed law firms and your mailing list needs to be updated to reflect my new mailing address as per the signature line below.

                  Respectfully submitted,
                  Clear Channel Outdoor, Inc. and
                  Lamar Central Outdoor, Inc., Plaintiffs
                  By their attorneys,

                  _/s/ George A. Berman_
                  George A. Berman, BBO# 040200
                  Marjunette deMagistris, BBO# 648133
                  Peabody & Arnold LLP
                  30 Rowes Wharf
                  Boston, MA 02110
                  (617) 951.2100

## CERTIFICATE OF SERVICE

    I, George A. Berman, Esquire of Peabody & Arnold LLP, hereby certify that on this 12th day of May, 2004, I caused copies of the above to be mailed to all counsel of record:

Eric M. Rubin, Esq.
Walter E. Diercks, Esq.
RUBIN, WINSTON, DIERCKS, HARRIS
   & COOKE, LLP
1155 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036

_____
George A. Berman