UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10616JLT

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. and<br>LAMAR CENTRAL OUTDOOR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL PIETAL, in his official capacity as Chairman of<br>the Outdoor Advertising Board;<br>WILLIAM T. HAYWARD, JR., in his official capacity<br>as Member of the Outdoor Advertising Board;<br>DAVID VEATOR, in his official capacity as the designee<br>of the Honorable John Cogliano, Commissioner of the<br>Massachusetts Highway Department and Member of the<br>Outdoor Advertising Board<br><br>Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

Please notice the following change of address of the Plaintiffs' counsel:

George A. Berman, Esq.
Marjunette deMagistris, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617)951-2100

Please note that the Plaintiffs' counsel has changed from Posternak, Blankstein & Lund to Peabody & Arnold LLP. 'Of counsel' for the Plaintiffs remains unchanged.

1

Respectfully submitted,
Plaintiffs,
Clear Channel Outdoor, Inc. and
Lamar Central Outdoor, Inc.,
By their attorneys,

Dated: 5/13/04

George A. Berman, BBO# 040200
Marjunette deMagistris, BBO# 648133
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617)951-2100

Of Counsel:

Date: 5/13/04

Eric M. Rubin, Esq.
Walter E. Diercks, Esq.
RUBIN, WINSTON, DIERCKS, HARRIS &
   COOKE, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-0870

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, hereby certify that on this 5th day of May, 2004, I caused the foregoing Notice of Change of Address to be served by first class mail, postage prepaid on:

William F. M. Hicks, Esq.
Chief Counsel
Massachusetts Highway Department
10 Park Plaza
Boston, MA 02116

Juliana deHaan Rice, Esquire
Administrative Law Division
The Commonwealth of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Marjunette deMagistris

2