UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10616JLT

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

        Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board;
DAVID VEATOR, in his official capacity as the designee
of the Honorable John Cogliano, Commissioner of the
Massachusetts Highway Department and Member of the
Outdoor Advertising Board

        Defendants.

## MOTION FOR LEAVE TO ADMIT
## ERIC M. RUBIN AND WALTER E. DIERCKS PRO HAC VICE

In accordance with Rule 83.5.3(b), George A. Berman, a member of the bar of Massachusetts, respectfully moves for the admission pro hac vice of Eric M. Rubin and Walter E. Diercks of the Law Firm of Rubin, Winston, Diercks, Harris & Cooke, LLP, 1155 Connecticut Avenue, N.W., Sixth Floor, Washington, DC 20036, (202) 861-0870 to appear and practice in this Court for this case as co-counsel for the plaintiffs, Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc. As detailed in the Affidavits of Mr. Rubin and Mr. Diercks (attached hereto as Exhibits A and B, respectively) both are a member of the bar in good standing in every jurisdiction in which they have been admitted to practice. There are no disciplinary proceedings pending against either of them as a member of the bar in any jurisdiction, and they are familiar with the local rules of the United States District Court for the District of Massachusetts.

Payment of the $50.00 admission fee each has been submitted to the Clerk of the Court. I have previously entered my appearance as counsel for the plaintiffs, Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc.

WHEREFORE, George A. Berman, Esq., hereby respectfully requests that the Court grant this Motion for Leave to Admit Eric M. Rubin and Walter E. Diercks pro hac vice.

Dated: 5/13/04

Respectfully submitted,
Plaintiffs,
Clear Channel Outdoor, Inc. and
Lamar Central Outdoor, Inc.,
By their attorneys,

George A. Berman, BBO# 040200
Marjunette deMagistris, BBO# 648133
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617)951-2100

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, hereby certify that on this 7th day of May, 2004, I caused the foregoing Motion for Leave to Admit Eric M. Rubin and Walter E. Diercks Pro Hac Vice to be served by first class mail, postage prepaid on:

William F. M. Hicks, Esq.
Chief Counsel
Massachusetts Highway Department
10 Park Plaza
Boston, MA 02116

Juliana deHaan Rice, Esquire
Administrative Law Division
The Commonwealth of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Marjunette deMagistris