UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04-CV-10616 JLT

FILED
IN CLERKS OFFICE
2004 JUN -2  P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS

---

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

                Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board,

                Defendants.

---

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Clear Channel Outdoor, Inc., and Lamar Central Outdoor, Inc. move the Court for a preliminary injunction in the form of the proposed order attached hereto enjoining the Defendants Peter Pietal, William G. Hayward, Jr., and David Veator, in their official capacities, and the respective Defendants' agents, servants, employees and attorneys and all persons in active concert and participation with the Defendants, pending the final hearing and determination of this action, from imposing and/or collecting any sign permit fee from Plaintiffs in excess of the sign permit fees in effect prior to January 2003, upon the grounds set forth in the Complaint and upon the memorandum of points and authorities and affidavits and exhibits attached thereto.

                              Respectfully submitted,

                              Clear Channel Outdoor, Inc. and
                              Lamar Central Outdoor, Inc., Plaintiffs

                              By their attorneys,

                              _____
                              George A. Berman, BBO# 040200
                              Marjunette deMagistris, BBO# 648133
                              PEABODY & ARNOLD, LLP
                              30 Rowe's Wharf
                              Boston, MA 02199
Date: June 1, 2004               (617) 951-4701


                              Of Counsel:


                              _____
                              Eric M. Rubin, Esq.
                              Walter E. Diercks, Esq.
                              RUBIN, WINSTON, DIERCKS, HARRIS &
                                  COOKE, LLP
                              Sixth Floor
                              1155 Connecticut Avenue, N.W.
                              Washington, D.C. 20036
Date: 6/1/04                    (202) 861-0870

2