UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04 CV-10616

| |
|---|
| CLEAR CHANNEL OUTDOOR, INC. and LAMAR CENTRAL OUTDOOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAUL PIETAL, in his official capacity as Chairman of the Outdoor Advertising Board; <br> WILLIAM T. HAYWARD, JR., in his official capacity as Member of the Outdoor Advertising Board; <br> DAVID VEATOR, in his official capacity as Member of the Outdoor Advertising Board; and <br> MARY L. BURNS, in her official capacity as Executive Director of the Outdoor Advertising Board and Assistant Commissioner of the Massachusetts Highway Department, <br><br> Defendants. |

**Certificate Pursuant To Local Rule 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on several occasions, as attorney for the Plaintiffs, Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc., I have conferred with the Defendants' counsel, William F. M. Hicks, Esq., and attempted in good faith to resolve the issues which are the subject of the within Motion for Preliminary Injunction. On behalf of the Plaintiffs, I requested that the Defendants voluntarily waive the permit fees in excess of those fees established as of January 2003 and/or consent to the present Motion. The Defendants, by counsel, declined.

The Plaintiffs,

Clear Channel Outdoor, Inc. and
Lamar Central Outdoor, Inc., Plaintiffs,

By their attorney,

*[signature: Eric Rubin]*

Eric M. Rubin, Esq.
RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP
1155 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036

Date: June 1, 2004    (202)861-0870

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04CV10616

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

         Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member of the Outdoor Advertising Board,

         Defendants.

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, certify that on this 1st day of June, 2004, I caused the within:

First Amended Complaint, Motion for Preliminary Injunction, Memorandum of Law in Support of Motion for Preliminary Injunction, Proposed Preliminary Injunction, and Local Rule 7.1 Statement; to be served by first class mail, postage prepaid on:

William F. M. Hicks, Esq.
Chief Counsel
Massachusetts Highway Department
10 Park Plaza
Boston, MA 02116

Juliana deHaan Rice, Esquire
Administrative Law Division
The Commonwealth of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

                                        Marjunette deMagistris