# United States District Court
## District of Massachusetts

CLEAR CHANNEL OUTDOOR,et al

    V                                          CA 04-10616-JLT

PAUL PIETAL, et al

### NOTICE

The above-entitled case has been set for **a Motion hearing June 29,2004 at 10:00 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                                             By the Court,

                                                             /s/

                                                             Zita Lovett
                                                             Deputy Clerk

Date: June 16, 2004
CC:   All counsel of record