UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 17 P 12: 49

CIVIL ACTION NO.: 1-04-CV-10616

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

                   Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board;

                   Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States Court for the District of Massachusetts and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc. in the above-captioned action, certify that:

Clear Channel Outdoor, Inc. is a wholly-owned subsidiary of Clear Channel Communications, a corporation which is publicly traded on the New York Stock Exchange; and

Lamar Central Outdoor, Inc. is a wholly-owned subsidiary of Lamar Advertising Company, a corporation which is publicly traded on the NASDAQ stock market.

Respectfully submitted,

Clear Channel Outdoor, Inc. and
Lamar Central Outdoor, Inc., Plaintiffs

By their attorneys,

*/s/ Marjunette deMagistris 6/16/04*
George A. Berman, BBO# 040200
Marjunette deMagistris, BBO# 648133
PEABODY & ARNOLD, LLP
30 Rowe's Wharf
Boston, MA 02199
(617) 951-4701

Of Counsel:

Eric M. Rubin, Esq.
Walter E. Diercks, Esq.
RUBIN, WINSTON, DIERCKS, HARRIS
  & COOKE, LLP
1155 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 861-0870

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, certify that on this 16th day of June, 2004, I caused the within:

Corporate Disclosure Statement to be served by first class mail, postage prepaid on:

Juliana deHaan Rice, Esquire
Administrative Law Division
The Commonwealth of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

*/s/ Marjunette deMagistris*
Marjunette deMagistris