UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 1:04 CV-10616: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

               Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board;
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board; and
MARY L. BURNS, in her official capacity as Executive
Director of the Outdoor Advertising Board and
Assistant Commissioner of the Massachusetts Highway
Department,

               Defendants.

## Certificate Pursuant To Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on June 25, 2004, as attorney for the Plaintiffs, Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc., I contacted the Defendants' counsel, Juliana de Haan Rice, and attempted in good faith to resolve the issues which are the subject of the within Plaintiffs' Motion for Leave to File Reply Brief in support of the Plaintiffs' Motion for Preliminary Injunction. Attorney Rice was not in her office. As a result, I left a detailed voice message to Attorney Rice indicating the above-mentioned purpose of my telephone call, and requesting that the Defendants assent to the Plaintiffs' Motion for Leave. I did not receive a return telephone call or voice message.

1

The Plaintiffs,
Clear Channel Outdoor, Inc. and
Lamar Central Outdoor, Inc., Plaintiffs,
By their attorney,

_/s/ Marjunette deMagistris_
Marjunette deMagistris, BBO # 648133
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-4707

Date: June 25, 2004

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, hereby certify that on this 25th day of June, 2004, I caused a copy of the within Certificate to be served by first class mail, postage prepaid on:

Juliana de Haan Rice, Esq.
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

_/s/ Marjunette deMagistris_
Marjunette deMagistris

2