UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04-CV-10616 JLT

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

          Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board,

          Defendants.

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Fed. R. Civ. P. Local Rule 7.1(B)(3), the Plaintiffs respectfully move the Court for leave to file a reply to the Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. As grounds for this Motion, the Plaintiffs state that the Opposition and Affidavit submitted in support thereof propound inapplicable case law and factual assertions submitted solely to distract from the core considerations germane to the Plaintiffs' Motion for Preliminary Injunction. The Plaintiffs' Reply Brief will briefly clarify the relevant facts and will assist the Court in its consideration of the Motion for Preliminary Injunction. The Plantiff's Reply Brief is attached hereto as Exhibit A.

WHEREFORE, the Plaintiffs respectfully request that the Court consider their Reply Brief when deciding the Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted,

Clear Channel Outdoor, Inc. and
Lamar Central Outdoor, Inc., Plaintiffs

By their attorneys,

*[signature]*
George A. Berman, BBO# 040200
Marjunette deMagistris, BBO# 648133
PEABODY & ARNOLD, LLP
30 Rowe's Wharf
Boston, MA 02199
(617) 951-4701

Date: 6/25/04

Of Counsel:

*[signature]*
Eric M. Rubin, Esq.
Walter E. Diercks, Esq.
RUBIN, WINSTON, DIERCKS, HARRIS &
    COOKE, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-0870

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, hereby certify that on this 25th day of June, 2004, I caused a copy of the within Motion to be served by first class mail, postage prepaid on:

Juliana de Haan Rice, Esq.
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

*[signature]*
Marjunette deMagistris