UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CLEAR CHANNEL OUTDOOR, INC. and LAMAR CENTRAL OUTDOOR, INC., | * * * | |
| Plaintiffs, | * * * | |
| v. | * * | Civil Action No. 04-10616-JLT |
| PAUL PIETAL, in his official capacity as Chairman of the Outdoor Advertising Board, WILLIAM T. HAYWARD, JR., in his official capacity as Member of the Outdoor Advertising Board, and DAVID VEATOR, in his official capacity as Member of the Outdoor Advertising Board, | * * * * * * * * | |
| Defendants. | * | |

ORDER

June 29, 2004

TAURO, J.

After the Hearing on June 29, 2004, this court hereby orders that:

1. Plaintiffs' Motion for Preliminary Injunction [#10] is DENIED WITHOUT PREJUDICE;

2. The Parties are to file, by July 13, 2004, a proposed order that provides how the money in issue will be set aside and safeguarded pending the resolution of this action;

3. After this court's Rule 26 Discovery Order has been issued and fully complied

with:

    i.     Plaintiffs may conduct a Fed. R. Civ. P. 30(b)(6) deposition of the Massachusetts Outdoor Advertising Board, and

    ii.     The Parties may petition this court for leave to conduct additional depositions; and

4.     The Parties are to appear for a Further Conference on August 16, 2004 at 10:00 a.m.

IT IS SO ORDERED.

    /S/ Joseph L. Tauro
    United States District Judge