UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1-04-CV-10616

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

                **Plaintiffs,**

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board;

                **Defendants.**

## MOTION TO INTERVENE AS PLAINTIFF
### (No Opposition)

CCC Associates LTP Partnership, a Massachusetts Limited Partnership doing business as Callahan Outdoor Advertising, moves for leave to intervene as a plaintiff in this action in order to assert the claims set forth in the First Complaint on the grounds that (1) it is licensed by the Outdoor Advertising Board to engage in outdoor advertising within the Commonwealth of Massachusetts, with offices at 4 Westview Road, Pittsfield, Massachusetts 01201, (2) that it maintains outdoor advertising signs that are subject to the permit fee schedule that is challenged by the complaint, (3) that it has protested the increase in the amount of such permit fees directly to the Board  (4) that like plaintiffs, it has not paid the amount of the increased fees adopted by the Board in May 22, 2003, in all other respects has acted in coordination with plaintiffs, and as such (5) has claims that are identical to the plaintiffs' with respect to the  unconstitutionality of the

OAB permit fee schedule as alleged in the complaint in this case. Intervenor has been advised that defendants do not oppose this Motion.

Respectfully submitted, 7/13/04

Callahan Outdoor, Intervener

By its attorneys,

Eric M. Rubin, Esq.
RUBIN WINSTON DIERCKS
  HARRIS & COOKE, LLP
1155 Connecticut Avenue, NW
Sixth Floor
Washington, D.C. 20036
(202) 861-0870

George Berman, BBO #040200
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02199
(617) 951-4701

**CERTIFICATE OF SERVICE**

I, Marjunette deMagistris, hereby certify that on this 13th day of July, 2004, I caused a copy of the within Motion to be served by first class mail, postage prepaid on:

Juliana de Haan Rice, Esq.
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

Marjunette deMagistris

2