UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1-04-CV-10616

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

                    Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board;

                    Defendants.

## NOTICE OF MOTION

Intervenor, CCC Associates LTP Partnership, a Massachusetts Limited Partnership doing business as Callahan Outdoor Advertising authorized to engage in outdoor advertising in the Commonwealth of Massachusetts with offices at 4 Westview Road, Pittsfield, Massachusetts, 01201 alleges that:

1. Intervener adopts the statements of Jurisdiction, Venue and the General Allegations of Fact set forth in Paragraphs 1 through 24 of the First Amended Complaint in the captioned case and realleges them herein.

2. Intervener adopts and realleges herein the Claim For Relief set forth in Paragraphs 25, 26 and 27 of the First Amended Complaint in the captioned case which allege that the fees imposed by the outdoor Advertising Board are not revenue neutral and that in fact said fees imposed constitute an unconstitutional charge for the

privilege of exercising rights guaranteed by the First and Fourteenth Amendments to the Constitution of the United States. Intervener does not asset any other claims against defendants.

3. Intervener adopts the Prayers For Relief set forth in the First Amended Complaint in the captioned case and realleges them herein.

Respectfully submitted, 7/13/04

Callahan Outdoor, Intervener

By its Attorneys,

_____
Eric M. Rubin Esq.
RUBIN WINSTON DIERCKS
  HARRIS & COOKE, LLP
1155 Connecticut Avenue, NW
Sixth Floor
Washington, D.C. 20036
(202) 861-0870

_____
George Berman, BBO# 040200
PEABODY & ARNOLD, LLP
30 Rowe's Wharf
Boston, MA 02199
(617) 951-4701

### CERTIFICATE OF SERVICE

I, Marjunette deMagistris, hereby certify that on this 13th day of July, 2004, I caused a copy of the within Notice to be served by first class mail, postage prepaid on:

Juliana de Haan Rice, Esq.
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

_____
Marjunette deMagistris