UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04 CV-10616

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

          **Plaintiffs,**

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board;
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board; and
MARY L. BURNS, in her official capacity as Executive
Director of the Outdoor Advertising Board and
Assistant Commissioner of the Massachusetts Highway
Department,

          **Defendants.**

### Certificate Pursuant To Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on several occasions, as attorney for the Plaintiffs, I contacted the Defendants' counsel, Juliana de Haan Rice, and attempted in good faith to resolve the issues which are the subject of the within *Motion to Intervene as Plaintiff*. Attorney Rice indicated that the Defendants do not oppose the *Motion*.

Date: July 13, 2004

*[signature]*
Eric M. Rubin, Esq.
RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP
Sixth Floor
1155 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 861-0870

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, hereby certify that on this 13th day of July, 2004, I caused a copy of the within Certificate to be served by first class mail, postage prepaid on:

Juliana de Haan Rice, Esq.
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

                                             Marjunette deMagistris