UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1-04-CV-10616

---

CLEAR CHANNEL OUTDOOR, INC.
LAMAR CENTRAL OUTDOOR, INC., and
CCC ASSOCIATES LTP PARTNERSHIP

      Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board;

      Defendants.

---

**STIPULATED ORDER**

It is hereby stipulated by and between the parties in furtherance of this Court's Order of June 29, 2004, that:

1. Defendants agree that they shall not seek to collect the difference between permit fees for the period prior to December 31, 2003 and the period after December 31, 2003 that remain outstanding and unpaid by plaintiffs, or take any adverse action against Plaintiffs for such nonpayment, unless and until the tenth day after the Court enters a final judgment for Defendants.

2. Plaintiff CCC Associates LTP Partnership agrees that, in the event that the Court enters such final judgment for Defendants in the captioned case, then within ten business days thereafter it shall pay to the Defendants the

full amount of the permit fees outstanding and unpaid, subject to that judgment. As security for that obligation, CCC Associates LTP Partnership shall arrange for the posting of a surety bond with the Clerk of the Court in the amount of Twenty Five Thousand Six Hundred Dollars within five business days after entry of this Order.

| | |
|---|---|
| CCC Associates LTP Partnership | Paul Pietal, William Hayward, & David Veator, all as Defendants in their official capacities as members of the Massachusetts Outdoor Advertising Board |
| By their Counsels: | By their Counsels: |
| *[signature]* <br> Eric M. Rubin, Esq. <br> RUBIN, WINSTON, DIERCKS, <br>   HARRIS & COOKE, LLP <br> Sixth Floor <br> 1155 Connecticut Avenue, NW <br> Washington, D.C. 20036 <br> (202) 861-0870 <br><br> *[signature]* <br> George Berman, BBO# 040200 <br> PEABODY & ARNOLD, LLP <br> 30 Rowes Wharf <br> Boston, MA 02110 <br> (617) 951-4701 | *[signature]* <br> Juliana Rice, Assistant Attorney General |

IT IS SO ORDERED this _____ day of July 2004.

 

_____
Joseph L. Tauro
United States District Judge