SCANNED
DATE: 07/14/04
BY: SRY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1-04-CV-10616

CLEAR CHANNEL OUTDOOR, INC. and
LAMAR CENTRAL OUTDOOR, INC.,

                Plaintiffs,

v.

PAUL PIETAL, in his official capacity as Chairman of
the Outdoor Advertising Board;
WILLIAM T. HAYWARD, JR., in his official capacity
as Member of the Outdoor Advertising Board; and
DAVID VEATOR, in his official capacity as Member
of the Outdoor Advertising Board;

                Defendants.



## STIPULATED ORDER

It is hereby stipulated by and between the parties in furtherance of this Court's Order of June 29, 2004, that:

1. Defendants agree that they shall not seek to collect the difference between permit fees for the period prior to December 31, 2003 and the period after December 31, 2003 that remain outstanding and unpaid by plaintiffs, or take any adverse action against Plaintiffs for such nonpayment, unless and until the tenth day after the Court enters a final judgment for Defendants.

2. Plaintiff Clear Channel Outdoor Inc. agrees that, in the event that the Court enters such final judgment for Defendants in the captioned case, then within ten business days thereafter it shall pay to the Defendants the full amount of the permit fees outstanding and unpaid, subject to such



        judgment. As security for that obligation, Clear Channel Outdoor Inc. shall arrange for the posting of a surety bond with the Clerk of the Court in the amount of Two Hundred and Fifty Two Thousand Seven Hundred and Twenty Dollars within five business days after entry of this Order.

3.    Plaintiff Lamar Central Outdoor Inc. agrees that in the event that the Court enters final judgment for Defendants in the captioned case, then within ten business days thereafter it shall pay to the Defendants the full amount of the permit fees outstanding and unpaid, subject to such judgment. As security for that obligation, Lamar Central Outdoor Inc. shall arrange for the posting of a surety bond with the Clerk of the Court in the amount of Forty One Thousand Five Hundred and Twenty Dollars within five business days after entry of this Order.

| | |
|---|---|
| Clear Channel Outdoor Inc. and Lamar Central Outdoor Inc. | Paul Pietal, William Hayward, & David Veator, all as Defendants in their official capacities as members of the Massachusetts Outdoor Advertising Board |
| By their Counsels: | By their Counsels: |
| _/s/ Eric Rubin_ <br> Eric M. Rubin, Esq. <br> RUBIN, WINSTON, DIERCKS, <br>   HARRIS & COOKE, LLP <br> Sixth Floor <br> 1155 Connecticut Avenue, NW <br> Washington, D.C. 20036 <br> (202) 861-0870 | _/s/ Juliana Rice_ <br> Juliana Rice, Assistant Attorney General |

George Berman, BBO# 040200
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-4701


IT IS SO ORDERED this 20**th** day of July 2004.

Joseph L. Tauro
United States District Judge