```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

CLEARCHANNEL OUTDOOR, INC., et al
   Plaintiffs,
     V                             CA 04-10616-JLT

MASSACHUSETTS OUTDOOR
ADVERTISING BOARD
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on August 5, 2004 by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                      By the Court:
                                      Zita Lovett,

                                      /s/_____
                                      Deputy Clerk

August 12, 2004