UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. and LAMAR CENTRAL OUTDOOR, INC., <br> Plaintiffs <br><br> CCC ASSOCIATES LTP PARTNERSHIP, <br> Plaintiff-Intevenor <br><br> v. <br><br> PAUL PIETAL, WILLIAM T. HAYWARD, JR. and DAVID VEATOR, in their official capacities as Members, MASSACHUSETTS OUTDOOR ADVERTISING BOARD, <br> Defendants | CIVIL ACTION NO. 04-CV-10616-JLT |

## JOINT MOTION FOR DISMISSAL AS MOOT

The parties hereby stipulate that this action shall be dismissed as moot, as the regulations described in paragraph 2 of the Settlement Agreement have become final.

For the Plaintiffs and Plaintiff-Intervenor,

_____
George A. Berman, BBO#040200
Marjunette deMagistris, BBO# 648133
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951.2100

_____
Eric M. Rubin
RUBIN, WINSTON, DIERCKS,
HARRIS & COOKE
1155 Connecticut Avenue, N.W., 6th floor
Washington, D.C. 20036
(202) 861.0870

Defendants,
Paul Pietal, William T Hayward, Jr. and David Veator, in their official capacity as Members of the Outdoor Advertising Board,

By their attorney,
Thomas F. Reilly, Attorney General

_____
Juliana deHaan Rice, BBO# 564918
THE COMMONWEALTH
OF MASSACHUSETTS
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727.2200

## CERTIFICATE OF SERVICE

I, George A. Berman, hereby certify that on this **20** day of December, 2004, I caused a copy of the within document to be served by first class mail, postage prepaid on:

Juliana de Haan Rice, Esq.
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108-1698

George A. Berman

PABOS2:GBERMAN:604005_1
14819-90618