UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. and LAMAR CENTRAL OUTDOOR, INC., <br>       Plaintiffs <br><br> CCC ASSOCIATES LTP PARTNERSHIP, <br>       Plaintiff-Intevenor <br> v. <br><br> PAUL PIETAL, WILLIAM T. HAYWARD, JR. and DAVID VEATOR, in their official capacities as Members, MASSACHUSETTS OUTDOOR ADVERTISING BOARD, <br>       Defendants | CIVIL ACTION NO. 04-CV-10616-JLT |

PLAINTIFFS' MOTION FOR RELEASE OF SURETY BONDS (ASSENTED TO)

The plaintiffs hereby move this court to issue an order releasing the Surety Bonds filed

on or about July 30, 2004 on behalf of Lamar Central Outdoor, Inc. and Clear Channel Outdoor,

Inc.  Pursuant to a Joint Motion for Dismissal as Moot filed by the parties, the Court granted the

parties' motion and ordered that the case be dismissed as moot on January 4, 2005.  Accordingly,

there is no further need for any surety bonds as security for payment of permit fees by plaintiffs

to defendants.  A copy of a proposed Order is attached to this motion as Exhibit A.

| | |
|---|---|
| Plaintiffs and Plaintiff-Intervenor, <br> By their attorneys, | *ASSENTED TO*: <br> Defendants, <br> PAUL PIETAL, WILLIAM T> HAYWARD, JR., <br> and DAVID VEATOR, in their official capacities as <br> Members, MASSACHUSETTS OUTDOOR <br> ADVERTISING BOARD, <br> By their attorney, |
| /s/ George A. Berman_____ <br> George A. Berman, BBO No. 040200 <br> PEABODY & ARNOLD LLP <br> 30 Rowes Wharf <br> Boston, MA  02110 <br> (617) 951-2100 <br> Facsimile (617) 951-2125 | THOMAS F. REILLY <br> ATTORNEY GENERAL |
| and | /s/ Juliana deHaan Rice_____ <br> Juliana deHaan Rice, BBO No. 564918 <br> Assistant Attorney General |
| /s/ Eric M. Rubin_____ <br> Eric M. Rubin <br> RUBIN, WINSTON, DIERCKS, <br> HARRIS & COOKE, LLP <br> 1155 Connecticut Avenue, N.W., 6th floor <br> Washington, D.C. 20036 <br> (202) 861-0870 | Government Bureau <br> Office of the Attorney General <br> One Ashburton Place, Room 2019 <br> Boston, MA 02108-1698 <br> (617) 727-2200, ext. 2062 <br> Facsimile (617)727-5785 |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. and LAMAR CENTRAL OUTDOOR, INC., Plaintiffs<br><br>CCC ASSOCIATES LTP PARTNERSHIP, Plaintiff-Intevenor<br><br>v.<br><br>PAUL PIETAL, WILLIAM T. HAYWARD, JR. and DAVID VEATOR, in their official capacities as Members, MASSACHUSETTS OUTDOOR ADVERTISING BOARD, Defendants | CIVIL ACTION NO. 04-CV-10616-JLT |

ORDER ON PLAINTIFFS' MOTION FOR RELEASE OF SURETY BONDS
(ASSENTED TO)

As the Court previously allowed the parties' Joint Motion for Dismissal as Moot and

ordered that this case be dismissed on January 4, 2005, there is no further need for security for

payment of any obligation by plaintiffs to defendants.  Accordingly, the Court hereby releases

and discharges the surety bonds previously filed on behalf of the plaintiffs, Clear Channel

Outdoor, Inc. and Lamar Central Outdoor, Inc.

By the Court:

_____
Joseph L. Tauro, United States District Judge

Dated:_____

## CERTIFICATE OF SERVICE

I, George A. Berman, hereby certify that on this 10th day of July, 2006, I served the

within Plaintiffs' Motion for Release of Surety Bonds (Assented To) by causing a copy thereof

to be sent electronically to the registered participants in this case as identified on the Notice of

Electronic Filing (NEF) and a paper copy mailed via first class mail, postage prepaid, to the

following non-registered participant in this case:

Eric M. Rubin
RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP
1155 Connecticut Avenue, N.W., 6th floor
Washington, D.C. 20036

/s/ George A. Berman
George A. Berman

PABOS2:SMULLOY:641575_1
14819-90618