UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. and LAMAR CENTRAL OUTDOOR, INC.,<br>Plaintiffs<br><br>CCC ASSOCIATES LTP PARTNERSHIP,<br>Plaintiff-Intevenor<br><br>v.<br><br>PAUL PIETAL, WILLIAM T. HAYWARD, JR. and DAVID VEATOR, in their official capacities as Members, MASSACHUSETTS OUTDOOR ADVERTISING BOARD,<br>Defendants | CIVIL ACTION NO. 04-CV-10616-JLT |

ORDER ON PLAINTIFFS' MOTION FOR RELEASE OF SURETY BONDS
(ASSENTED TO)

As the Court previously allowed the parties' Joint Motion for Dismissal as Moot and ordered that this case be dismissed on January 4, 2005, there is no further need for security for payment of any obligation by plaintiffs to defendants. Accordingly, the Court hereby releases and discharges the surety bonds previously filed on behalf of the plaintiffs, Clear Channel Outdoor, Inc. and Lamar Central Outdoor, Inc.

By the Court:

_____
Joseph L. Tauro, United States District Judge

Dated: 7/31/06

## CERTIFICATE OF SERVICE

I, George A. Berman, hereby certify that on this 10th day of July, 2006, I served the within Plaintiffs' Motion for Release of Surety Bonds (Assented To) by causing a copy thereof to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF) and a paper copy mailed via first class mail, postage prepaid, to the following non-registered participant in this case:

Eric M. Rubin
RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP
1155 Connecticut Avenue, N.W., 6th floor
Washington, D.C. 20036

/s/ George A. Berman
George A. Berman

PABOS2:SMULLOY:641575_1
14819-90618